**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1707

ZIAD AKL, M.D., F.A.C.P.,

Plaintiff - Appellant,

versus

WILLIAM DOUGHERTY, M.D.; BETH DYSON-MUSKOPF,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:06-cv-00264-CMH)

Submitted:  October 31, 2006          Decided:  November 27, 2006

Before WILLIAMS, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ziad Akl, Appellant Pro Se.  Karen-Faye McTavish, SHAW PITTMAN, L.L.P., Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ziad Akl appeals the district court's order granting defendants' motions to dismiss the complaint in this diversity action. We have reviewed the record and find no reversible error in the district court's ruling that the complaint fails to state a claim on which relief can be granted. Accordingly, we affirm the decision of the district court. <u>Akl v. Dougherty</u>, No. 1:06-cv-00264-CMH (E.D. Va. filed June 7, 2006 & entered June 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>